IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAY G. STINSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

      IT IS ORDERED that defendant's motion to review detention, (filing no. 23), is denied.

      DATED this 20th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge