IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAY G. STINSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's request to continue his change of plea hearing is granted.

2) The defendant's plea hearing will be conducted before the undersigned magistrate judge on the 1st day of March, 2011 at 3:00 p.m. The defendant is ordered to appear at this hearing.

3) For the reasons stated on the record today, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 1, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 18th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge