IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3087 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JAY G. STINSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's motion to withdraw, (filing no. 48), is granted.

2) Defendant's motion to filed under seal, (filing no. 47), is withdrawn.

3) A hearing on defendant's motion (filing no. 50), will be held at 1:30 p.m. on April 21, 2011 before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

4) The defendant, his counsel, and counsel for the government shall be present at the hearing.

DATED this 18th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge