IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3087 |
| | ) | |
| V. | ) | |
| | ) | |
| JAY G. STINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion (filing 56) for extension of time for presentence investigation report to be submitted to the undersigned is granted. The presentence investigation report is due to the undersigned on May 6, 2011.

DATED this 2nd day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge