IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3087 |
| vs. | |
| JAY G. STINSON, | ORDER |
| Defendant. | |

After conducting a hearing, for the reasons stated on the record,

IT IS ORDERED that Defendant's motion to modify conditions of release, (Filing No. 81), is granted in part and denied in part as follows:

1) Provided he obtains prior approval from his supervising officer, Defendant is permitted to go on overnight camping trips at public parks with his family. Other than his own children, no persons under the age of 18 shall accompany Defendant on these camping trips.

2) Defendant shall not loiter near playgrounds used by persons under the age of eighteen, including but not limited to playgrounds in public parks.

3) Defendant's request to have his step-daughter's friend, a minor, be allowed to visit the home and occasionally spend the night is denied.

4) Defendant's request to be allowed to use a computer at work which is not connected to the outside internet is denied as moot.

May 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge