IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAY G. STINSON,<br><br>    Defendant. | **4:10CR3087**<br><br>**ORDER** |

  At the U.S. Probation Officer's request, and without objection by the parties,

  IT IS ORDERED that the Petition for Offender Under Supervision (Filing 90) is dismissed without prejudice, and the December 10, 2020 revocation hearing is canceled.

  Dated this 9th day of December, 2020.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge